# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **MEREDITH MAHON,** | |
| Plaintiff, | |
| v. | Case No. 25-2193 |
| **PAXTON POLICE DEPARTMENT, et al.,** | |
| Defendants. | |

## REPORT AND RECOMMENDATION

On June 27, 2025, Plaintiff filed a Complaint (#1) against Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. On October 7, 2025, the Court entered an Order to Show Cause directing Plaintiff to show cause as to why this matter should not be dismissed for failing to serve the summons pursuant to Rule 4(m).

On October 10, 2025, Plaintiff responded to the Order to Show Cause (#10), in which she asked for a sixty-day extension to serve Defendants. The Court granted the extension and set the service deadline to December 22, 2025.

Despite the extension, Plaintiff failed to serve Defendants in this matter.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 12th day of January, 2026.

s/ ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE
