# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| MEREDITH MAHON, ) | |
| ) | |
| Plaintiff, ) | Case No. 25-CV-2193 |
| ) | |
| v. ) | |
| ) | |
| PAXTON POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On January 12, 2026, a Report and Recommendation (#11) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. See 28 U.S.C. § 636(b)(1). This court therefore accepts the recommendation of the Magistrate Judge. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT the Report and Recommendation (#11) is accepted by this court. Plaintiff's case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This case is terminated.

ENTERED this 27th day of January 2026.

s/ Colin S. Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE